IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT
OF THE STATE OF FLORIDA, IN AND FOR HILLSBOROUGH COUNTY,
CIRCUIT CIVIL DIVISION

SHERRILL CONAGE,

CASE NO: 13-CA-11724
DIVISION: A

Plaintiff,

-vs-

THE TAUBMAN COMPANY, LLC
and SHANE VIL ENTERPRISES, LLC

Defendant.
_____/

## COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff, SHERRILL CONAGE, sues the Defendants, THE TAUBMAN COMPANY, LLC and SHANE VIL ENTERPRISES, LLC, for negligence and alleges:

### GENERAL ALLEGATIONS

1. This is an action for damages that exceed $15,000.00, exclusive of attorneys' fees, interest and costs.

2. The Plaintiff, SHERRILL CONAGE, is a resident of Hillsborough County, Florida.

3. Defendant, THE TAUBMAN COMPANY, LLC, was a Foreign Limited Liability Company, authorized and doing business throughout the State of Florida.

4. Defendant, THE TAUBMAN COMPANY, LLC, submitted itself to the jurisdiction of this Honorable Court by doing, personally or through its agents, at all material times to this cause of action, the following acts:


EXHIBIT A

(a) Committing tortuous acts within this state by conducting, operating business within the State of Florida, specifically Tampa, Florida as owner, manager, operator of a business that was responsible for the cleaning and maintenance of International Plaza Mall.

(b) Conducting and engaging in substantial business and other activities in Florida by employing persons to maintain and clean International Plaza Mall; and

(c) The acts or omissions of Defendant, THE TAUBMAN COMPANY, LLC, caused injuries to Plaintiff in the State of Florida.

5. Defendant, SHANE VIL ENTERPRISES, LLC, was a Florida Limited Liability Company, authorized and doing business throughout the State of Florida.

6. On or about November 9, 2012, Plaintiff, SHERRILL CONAGE, was a patron and invitee of The International Plaza Mall, located at 2223 North Westshore Boulevard, Tampa, Florida 33607.

7. At all material times hereto, there was construction being performed in the sidewalks and/or parking areas of International Plaza Mall, including uneven asphalt, and/or not marked as dangerous.

8. At all material times hereto, unbeknownst of the above, the Plaintiff, attempted to walk to her car and fell in a sidewalk and/or parking area that was under construction causing her to fall and suffer serious injury to her knee.

9. The Defendant, THE TAUBMAN COMPANY, LLC, by virtue of the actual or implied use and/or control over the premises, is directly and/or vicariously liable for causing injury to the Plaintiff.

10. The Defendant, SHANE VIL ENTERPRISES, LLC, by virtue of the actual or implied, use and/or control over the construction area, is directly and/or vicariously liable for causing injury to the Plaintiff.

11. As a result the Plaintiff, SHERRILL CONAGE, suffered pain and suffering, impairment, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, medical care and treatment, and/or aggravation of a previously existing condition. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

### COUNT I – NEGLIGENCE AGAINST DEFENDANT THE TAUBMAN COMPANY LLC

Plaintiff, SHERRILL CONAGE, sues the Defendant, THE TAUBMAN COMPANY, LLC, for negligence and alleges:

12. Plaintiff re-alleges paragraphs one (1) through eleven (11), as if fully set forth herein.

13. Defendant, THE TAUBMAN COMPANY, LLC, during the time they managed, owned, controlled and/or operated the premises had a duty to correct dangerous conditions or to warn patrons, including Plaintiff, of dangerous conditions which the Defendant reasonably should have known existed in the exercise of reasonable care, including, but not limited to areas to the sidewalks and/or parking areas that were under renovation and/or construction, where patrons walk, posing a foreseeable threat of harm to patrons of The International Plaza Mall.

14. THE TAUBMAN COMPANY, LLC, was negligent in failing to correct dangerous conditions or warn patrons, including the Plaintiff, of the sidewalks and/or parking areas that were under renovation and/or construction.

15. THE TAUBMAN COMPANY, LLC owed a duty to exercise reasonable care to protect invitees and patrons of International Plaza Mall, including the Plaintiff, from foreseeable harm.

16. THE TAUBMAN COMPANY, LLC owed a duty to patrons, including the Plaintiff, to provide a safe environment to patrons of International Plaza Mall.

3

17. THE TAUBMAN COMPANY, LLC was negligent in the following acts or omissions:

   a. Failing to warn patrons, including the Plaintiff, of the unreasonable and foreseeable harm created by the conditions of the premises of which THE TAUBMAN COMPANY, LLC was aware, and of which the patrons, including the Plaintiff, were not aware, nor the exercise of reasonable care for which they should have been aware;

   b. In exposing the patrons, including the Plaintiff, to the unreasonable and foreseeable risk of harm of bodily injury;

   c. Failing to adequately inform patrons, including the Plaintiff, of the extent of unreasonable and foreseeable harm on the premises and for failure to take reasonable protective actions;

   d. Failing to establish and/or enforce internal procedures and safeguards to protect the patrons, including the Plaintiff, from foreseeable harm;

   e. Failing to employ any and all reasonably necessary personnel to provide adequate clean up and/or safety measures in the sidewalks and/or parking areas under renovation/construction;

   f. Failing to adequately train employees to provide adequate clean up and/or safety measures to the sidewalks and/or parking areas under renovation/construction; and

   g. Failing to provide the patrons of International Plaza Mall a safe environment.

18. As a direct and proximate result of such negligence, the Plaintiff, while walking to her car at the International Plaza Mall, slipped and fell on the uneven asphalt in a sidewalk and/or parking area that was not adequately marked as a dangerous area and was severely injured.

19. As a direct and proximate result of negligence of THE TAUBMAN COMPANY, LLC, the Plaintiff, SHERRILL CONAGE, suffered damages as set forth in paragraph eleven (11), which is hereby adopted and re-alleged as if fully set forth herein.

4

WHEREFORE, Plaintiff demands judgment for damages against, costs of this action, and such further and other relief as the Court may deem just and appropriate. Plaintiff hereby demands a trial by jury.

### COUNT II – NEGLIGENCE AGAINST DEFENDANT SHANE VIL ENTERPRISES, LLC

Plaintiff, SHERRILL CONAGE, sues the Defendant, SHANE VIL ENTERPRISES, LLC, for negligence and alleges:

20. Plaintiff re-alleges paragraphs one (1) through eleven (11), as if fully set forth herein.

21. Defendant, SHANE VIL ENTERPRISES, LLC, during the time they managed, owned, controlled and/or operated the construction company that was performing work at International Plaza Mall, had a duty to correct dangerous conditions or to warn patrons, including Plaintiff, of dangerous conditions which the Defendant reasonably should have known existed in the exercise of reasonable care, including, but not limited to uneven asphalt in a sidewalk and/or parking area that was not adequately marked as a dangerous area where patrons walk, posing a foreseeable threat of harm to patrons of The International Mall.

22. SHANE VIL ENTERPRISES, LLC was negligent in failing to correct dangerous conditions or warn patrons, including the Plaintiff, of the sidewalk and/or parking areas that were under renovation and/or construction.

23. SHANE VIL ENTERPRISES, LLC owed a duty to exercise reasonable care to protect invitees and patrons of International Plaza Mall, including the Plaintiff, from foreseeable harm.

24. SHANE VIL ENTERPRISES, LLC owed a duty to patrons, including the Plaintiff, to provide a safe environment to patrons of International Plaza Mall.

5

25. SHANE VIL ENTERPRISES, LLC was negligent in the following acts or omissions:

    a. Failing to warn patrons, including the Plaintiff, of the unreasonable and foreseeable harm created by the conditions of the premises of which SHANE VIL ENTERPRISES, LLC was aware, and of which the patrons, including the Plaintiff, were not aware, nor the exercise of reasonable care for which they should have been aware;

    b. In exposing the patrons, including the Plaintiff, to the unreasonable and foreseeable risk of harm of bodily injury;

    c. Failing to adequately inform patrons, including the Plaintiff, of the extent of unreasonable and foreseeable harm on the premises and for failure to take reasonable protective actions;

    d. Failing to establish and/or enforce internal procedures and safeguards to protect the patrons, including the Plaintiff, from foreseeable harm;

    e. Failing to employ any and all reasonably necessary personnel to provide adequate clean up and/or safety measures in the sidewalks and/or parking areas under renovation/construction;

    f. Failing to adequately train employees to provide adequate clean up and/or safety measures to the sidewalks and/or parking areas under renovation/construction; and

    g. Failing to provide the patrons of International Plaza Mall a safe environment.

26. As a direct and proximate result of such negligence, the Plaintiff, while walking to her car at the International Plaza Mall, slipped and fell on the uneven asphalt in a sidewalk and/or parking area that was not adequately marked as a dangerous area and was severely injured.

27. As a direct and proximate result of negligence of SHAVE VIL ENTERPRISES, LLC, the Plaintiff, SHERRILL CONAGE, suffered damages as set forth in paragraph eleven (11), which is hereby adopted and re-alleged as if fully set forth herein.

6

WHEREFORE, Plaintiff demands judgment for damages against, costs of this action, and such further and other relief as the Court may deem just and appropriate. Plaintiff hereby demands a trial by jury.

_____
KIMBERLEY M. KOHN, ESQUIRE
Florida Bar No. 0008850
GOUDIE & KOHN, P.A.
3004 West Cypress Street
Tampa, Florida 33509
813/413-2424//813-386-6211 Fax
Attorneys for SHERRILL CONAGE

7